# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 404 EAL 2025 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 1533 EDA |
| | : 2024 entered on September 10, |
| TONY HELL, | : 2025, **affirming** the Judgment of |
| | : Sentence of the Philadelphia |
| Petitioner | : County Court of Common Pleas at |
| | : No. CP-51-CR-0003155-2023 |
| | : entered on May 10, 2024 |

## ORDER

**PER CURIAM**                                             **DECIDED: March 18, 2026**

**AND NOW**, this 18th day of March, 2026, the Petition for Allowance of Appeal is **GRANTED**, limited to the issue of whether the evidence was sufficient to support the suppression court's conclusion that the location where petitioner was stopped was a high-crime area. The order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Lewis*, 343 A.3d 1016 (Pa. 2025).